UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| *In re McMurry University Data Incident Litigation* | No. 1:25-CV-002-H<br><br>Consolidated with 1:25-CV-009-H; 1:25-CV-014-H |

## ORDER

Before the Court is individual plaintiff Yolanda Fleming's notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which dismisses the case without prejudice. Dkt. No. 20. Because the defendant has not filed an answer or a motion for summary judgment, the Court instructs the Clerk of Court to dismiss the individual action (No. 1:25-CV-009-H) without prejudice under Rule 41(a)(1)(A)(i). The parties shall each bear their own costs and attorney's fees.

So ordered on February 25, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE