UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| *In re McMurry University Data Incident Litigation* | No. 1:25-CV-002-H<br><br>Consolidated with 1:25-CV-014-H |

### ORDER

Before the Court is the notice of voluntary dismissal of individual plaintiffs Olivia Marquez and Jada Lee pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which dismisses the case without prejudice. Dkt. No. 22. Because the defendant has not filed an answer or a motion for summary judgment, the Court instructs the Clerk of Court to dismiss these individual actions (Nos. 1:25-CV-002-H; 1:25-CV-014-H) without prejudice under Rule 41(a)(1)(A)(i). The parties shall each bear their own costs and attorneys' fees.

Because all individual cases in the consolidated action *In re McMurry University Data Incident* (No. 1:25-CV-002-H) have been dismissed, the Clerk of Court is directed to close the consolidated action.

So ordered on March 5, 2025.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE